# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Steven B. Shaffer                      Docket No. 5:14-MJ-1149-1

### Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven B. Shaffer, who, upon an earlier plea of guilty to 21 U.S.C. §844, Simple Possession of Marijuana, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on April 8, 2014, as provided in 18 U.S.C. §3607 to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant must participate in a drug education pr treatment program, or both, if ordered to do so by the supervising probation officer.

2. The defendant must undergo drug testing, including but not limited to urinalysis, if ordered to do so by the supervising probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has a 1994 sex offense conviction out of Cumberland County, North Carolina which requires him to register with the local sex offender registry. The probation office feels it is appropriate to modify the conditions and add a sex offender treatment condition in order for the defendant to be assessed and see if treatment is necessary at this time.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer. Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Mindy L. Threlkeld |
| Robert L. Thornton | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: April 15, 2014 |

**Steven B. Shaffer**
**Docket No. 5:14-MJ-1149-1**
**Petition For Action**
**Page 2**

## ORDER OF COURT

Considered and ordered this _21st_ day of _April_, 2014, and ordered filed and made a part of the records in the above case.

_/s/ William A. Webb_
_____
William A. Webb
U.S. Magistrate Judge